AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Joseph Robinson<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19-MJ-32<br>)<br>)<br>) |

JAN 2 2 2019

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 10, 2018__ in the county of __Alexandria__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 472 possessing and passing counterfeit US currency

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Nicholas U. Murphy II

*Complainant's signature*
Russell Tonks, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/22/2018

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*