AO 442 (Rev. 01/09, Arrest Warrant)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19-MJ-32 |
| Joseph Robinson | ) | |
| Defendant | ) | |

MAR 27 2019

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Joseph Robinson
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 472 passing counterfeit US currency

Date: 01/22/2019

*Issuing officer's signature*

City and state:   Alexandria, Virginia

Hon. Theresa C. Buchanan, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/22/19, and the person was arrested on *(date)* 3/20/19
at *(city and state)* Washington, D.C.

Date: 3/20/19

*Arresting officer's signature*

Special Agent John C. Collazo
*Printed name and title*

NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL
INFORMATION COPY ONLY